

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE LEINENWEBER**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **08CR 295** |
| v. ) | Violation: Title 21, United States Code, |
| DANIEL ANDERSON ) | Section 841(a)(1) |

**MAGISTRATE JUDGE COX**

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about October 10, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

DANIEL ANDERSON,

defendant herein, knowingly and intentionally distributed a controlled substance, namely, fifty grams or more of a mixture and substance containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

**FILED**

APR 1 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY