# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 295 - 1 | **DATE** | 4/15/2008 |
| **CASE TITLE** | USA vs. Daniel Anderson | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts. 16.1 Conference to be held by or on 4/22/08. Pretrial motions to be filed by or on 5/6/08. Responses to be filed by or on 5/13/08. Status hearing before Judge Leinenweber set for 5/13/08 at 9:00 a.m. Order time excluded from 4/15/08 to and including status date pursuant to 18 U.S.C. Section 3161 (h)(1)(F).          (X-E)

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | VKD |
|---|---|---|